UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHELLE SCOTT,

Plaintiff,

v.                    4:08-cv-236

ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

Defendant.

## ORDER

Defendant moves the Court to reduce the appraisal award entered in this case, *see* Doc. 45-1, to reflect amounts already paid to the insured and to remove replacement costs for uncovered losses. *See* Doc. 45. The appraiser found that Plaintiff's home's actual cash value was one hundred fifty-one thousand five hundred thirty-one dollars and forty-five cents ($151,531.45) (after adjusting for depreciation). *See* Doc. 45-1. Defendant asserts that it previously paid forty thousand eight hundred seventy-six dollars and twenty-nine cents ($40,876.29) toward this amount and moves the Court to decrease the award. *See* Doc. 45 at 1-2.

The appraiser also found that four thousand six hundred fifty-two dollars and ninety-two cents ($4,652.92) of this loss was caused by insect infestation, rot, and code upgrades. *See* Doc. 45-1 Defendant asserts that these items are not covered under its policy and moves the Court to remove them from the award. *See* Doc. 45.

Plaintiff stipulates to these changes and consents to a reduction of the appraisal award to one hundred six thousand two dollars and twenty-four cents ($106,002.24). *See* Doc. 52.

The Court agrees to the parties' stipulation. The appraisal award is reduced to one hundred six thousand two dollars and twenty-four cents ($106,002.24).

This 29th day of March 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA